THE TRAVELERS INSURANCE COMPANY, Respondent, v. KRUG BAKING COMPANY, Appellant, and AUGUST HOFFMAN, Defendant.— One Dominick Lauria, employed by the town of Greenburgh as a streetcleaner, during the course of his work was struck and injured by a delivery truck of the defendant Krug Baking Company. He claimed compensation, which was paid by the plaintiff insurance company. Plaintiff thereupon sued the appellant and its driver on the assigned claim. Judgment of the City Court of Yonkers in favor of plaintiff, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

ANNA ELIZABETH UEBEL and KILIAN UEBEL, Appellants, v. HYMAN ROSENBAUM, Respondent.— Action to recover damages for personal injuries, loss of services and property damage. Order granting reargument of defendant's motion to set aside the verdict and for a new trial, and upon such reargument adhering to the original decision and, in addition, denying plaintiffs' motion to correct the verdict, in so far as appealed from, unanimously affirmed, with costs. No opinion. Appeal from original order setting aside verdict and directing a new trial dismissed, without costs. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

FRANCES M. ZABRISKIE, Respondent, v. DI MARCO & CICCONE, INC., Appellant.— Action to recover damages for destroying the lateral support of plaintiff's land. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

## (March 31, 1941.)

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of WILLIAM S. HANFT, an Attorney and Counselor at Law, Respondent.— Matter referred to Hon. Isaac M. Kapper, Official Referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

LEROY C. BELLOWS, Appellant, v. LESTER L. DITMARS, Respondent.— Appeal by the plaintiff from a judgment in favor of the defendant, entered upon the verdict of a jury, in an action to recover damages for personal injuries. Judgment reversed on the facts and a new trial granted, with costs to abide the event, upon the ground that the verdict is clearly against the weight of the credible evidence. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

LILLIAN M. EDEN, Respondent, v. FORTY WALL STREET CORPORATION, Appellant.— In an action by the plaintiff to recover damages for personal injuries sustained when she fell upon a linoleum-covered floor, judgment in favor of the plaintiff reversed on the facts and a new trial granted, with costs to abide the event. The finding of liability is against the weight of the evidence. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.